Ronald S. Hodges – Bar No. 150586
RHodges@shbllp.com
Gary A. Pemberton – Bar No. 126159
GPemberton@shbllp.com
Evan Granowitz – Bar No. 234031
EGranowitz@shbllp.com
**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone:     (949) 340-3400
Facsimile:     (949) 340-3000
Attorneys for Plaintiff A. FARBER & PARTNERS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A. FARBER & PARTNERS INC.,**<br><br>           **Plaintiff,**<br>**vs.**<br><br>**MAYNARD HAL GARBER, et al.,**<br><br>           **Defendants.** | Case No.  2:05-cv-2776 JFW (JC)<br><br>  Honorable John F. Walter<br>  United States District Judge<br><br>**JUDGMENT AGAINST DEFENDANTS DOUGLAS SINGH, MICHAEL SINGH and OFFSHORE EXPERTS CO., LTD d/b/a INTERNATIONAL CORPORATE SERVICES LTD.**<br><br>Pretrial Conference: November 13, 2009<br>Trial: December 1, 2009 |

WHEREAS the Court, having granted Plaintiff A. Farber & Partners, Inc.'s Motion for Entry of Default Judgment Against Defendants Douglas Singh, Michael Singh and Offshore Experts Co., Ltd. d/b/a International Corporate Services Ltd.  (collectively "Singh Defendants") for the reasons set forth in the Court's Order dated July 14, 2009;

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that separate judgment is entered in this action pursuant to Fed. R. Civ. P. 54(b), as follows:

1.     Singh Defendants shall have judgment entered against them on all Claims for Relief contained in Plaintiff's Third Amended Complaint;

1

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2914-000\S:\JFW\CIVIL CASES\AFarber&Partners ADR 05-2776\pending proposed orders\Prop Judgment Against Singhs.doc
**JUDGMENT**

      2.    Plaintiff A Farber & Partners, Inc. shall recover damages, attorney's fees and costs of suit, joint and severally, from Defendants Douglas Singh, Michael Singh and Offshore Experts Co., Ltd. d/b/a International Corporate Services Ltd. (collectively "Singh Defendants"), as follows:

      a.    Treble Damages in the sum of one-hundred-three million, eight-hundred thousand dollars [$103,800,000 (USD)];

      b.    Attorney's Fees in the sum of two million, seventy-nine thousand, six hundred dollars [$2,079,600 (USD)]; and

      c.    Costs of Suit in the sum of _____ [$_____(USD)].

      3.    Pursuant to Fed. R. Civ. P. 54(b), the court finds that entry of judgment as to fewer than all parties because there is no just reason for delay.

The Clerk is ordered to enter this Judgment.

**IT IS SO ORDERED.**

**Dated**: July 14, 2009

                                                             **HON. JOHN F. WALTER**
                                                             **UNITED STATES DISTRICT JUDGE**

2

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2914-000\S:\JFW\CIVIL CASES\AFarber&Partners ADR 05-2776\pending proposed orders\Prop Judgment Against Singhs.doc
**JUDGMENT**